IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.    JULIO ORTIZ;
3.    NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.    JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.    **KATHLEEN ELIZABETH RANALS, a/k/a "Katie"**; and
6.    DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

---

## ORDER TO RESET CHANGE OF PLEA HEARING
---

    This matter is before the Court *sua sponte*. It is hereby

    ORDERED that the status conference/change of plea hearing on behalf of Defendant Kathleen Elizabeth Ranals set for January 26, 2006 at 8:15 a.m. is RESET to January 26, 2006 at **9:00 a.m.**

    DATED: January 19, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge